UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE LEE MOODY,<br><br>    Plaintiff,<br><br>    v.<br><br>WOODS,<br><br>    Defendant. | Case No. 17-cv-03380-JD<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a state prisoner, has filed a civil rights action. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was allowed twenty-eight days to either pay the fee or file a proper application with all the required documents. More than twenty-eight days has passed and plaintiff has not paid the fee or filed a complete application to proceed IFP. Therefore, this case is **DISMISSED** without prejudice. This case is also dismissed as duplicative because it raises the same claims that were earlier filed in *Moody v. Woods*, No. 17-2688 JD. *See Adams v. Cal. Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007). To proceed with these claims plaintiff must file an IFP application in the earlier filed case, *Moody v. Woods*, No. 17-2688.

**IT IS SO ORDERED.**

Dated: August 8, 2017

JAMES DONATO
United States District Judge

| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

RONNIE LEE MOODY,

    Plaintiff,

    v.

WOODS,

    Defendant.

Case No. 17-cv-03380-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 8, 2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronnie Lee Moody
CDC #AX 4388
P.O. Box #4610
Lancaster, CA 93536

Dated: August 8, 2017

Susan Y. Soong
Clerk, United States District Court

By: /s/ Lisa R. Clark
LISA R. CLARK, Deputy Clerk to the
Honorable JAMES DONATO